# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

U.S.A.                                         Cr. 08-613 (PGS)

    v.                                          O R D E R

LUIS A. TEJADA
Defendant

It is on this 19th day of November 2008,

Whereas Mr. Tejada as a condition of release was subject to Electronic Monitoring, and for reason placed on the record, this condition of release is no longer warranted.

Ordered that the condition of release requiring Electronic Monitoring Device is vacated.

11/21/08                    _____
                                  Peter G. Sheridan, U.S,D.J.